RAYMOND G. CONBOY, Respondent, v. 1405 WALTON AVENUE CORPORATION,

Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.